## FIRST DEPARTMENT, MARCH TERM, 1886.

Francis J. Moissen, Appellant, v. Adolphe Kloster and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.

Matter of Application of Staten Island Railroad Company, to acquire lands of Bodine and another. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John White, Appellant, v. James Boice and others, Respondents. — Judgment reversed and new trial granted and injunction restored, costs to abide event. Opinion by Pratt, J.

John F. Coffin, Respondent, v. Felix Hickey, Appellant. — Judgment of County Court affirmed, with costs and judgment ordered, that Coffin be put in possession. Opinion by Barnard, P. J.

John W. Dickerson, Respondent, v. Mary E. Rogers, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., dissenting.

Mary A. Gilbert, Administratrix, etc., Respondent, v. The Hartford and Connecticut Western Railroad Company, Appellant — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Edward L. Barrett, Appellant, v. William H. Gedney, Respondent. — Judgment and orders affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Hiland R. Rose v. James Henry. — Motion denied. Opinion by Dykman, J.

Caroline Lion, Respondent, v. Otto Muller, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Nathan Johnson, Respondent, v. William R. Soper and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The G. F. Warner Company, Appellant, v. Eugene M. Whipple, Respondent. — Order affirmed, with costs. Opinion by Dykman, J.

The Long Island Railroad Company v. James Shanahan, as Superintendent. — Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

The People of the State of New York, Respondent, v. Eugene Head, Appellant. — Conviction affirmed. Opinion by Dykman, J.; Pratt, J., dissenting.

John E. Jersey, Administrator, etc., Respondent, v. John A. Johnson, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

James A. Russell, Respondent, v. Henry F. Taintor, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

George Aldridge and another, Appellants, v.

John F. Clawson, Respondent. — Reargument ordered.

Mina Adler, Respondent, v. Alexander Goldsmith, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

William J. Cody, Respondent, v. Charles W. Alcott, Appellant. — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.

Helena Carlson, Respondent, v. The Oceanic Steam Navigation Company (Limited), Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Matter of Andrew Hood. — Decree affirmed, with costs. Opinion by Dykman, J.

Phillip Dieffenbach, Respondent, v. Jacob Roch, Appellant, — Judgment affirmed, with costs. Opinion by Pratt, J.

Edward Donnelly, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Alma L. Brooks, Appellant, v. Emma Ackerly and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.

Louis Hunt, Appellant, v. James D. Avery, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.

Leon T. Walter, Respondent, v. Dominique Durand, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Sadie Tilbie v. W. W. Goodrich. — Motion to dismiss appeal denied, without costs.

Wilham H. Butler, Appellant, v. Hannah Alexander, Administratrix, etc., Respondent. — Judgment reversed, and new trial granted, costs to abide event. Opinion by Dykman, J.; Pratt, J., not sitting.

Mary Ann Jackson v. Sarah P. Badger. — Motion to correct minutes of General Term granted. Opinion by Barnard, P. J.

Elizabeth B. Mead v. Charles T. Young. — Order affirmed, with costs and disbursements.

John Falon v. Rosanna Lawior. — Motion granted, without costs, upon condition that the appellant may discontinue his appeal in the Court of Appeals, without costs, if he so elects.

Leonard D. Tice, Respondent, v. Frank Dromgoole and others, Appellants. — Order refusing to postpone trial affirmed, with ten dollars costs and disbursements. Order opening default on conditions modified; order to be settled by Pratt, J. Opinion by Pratt, J.

Hester J. Todd and another, Administrators, etc., Respondents, v. Isaac Nelson, Appellant, Impleaded, etc. — Judgment reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.; Bartlett, J., dissenting.

## FIRST DEPARTMENT, MARCH TERM, 1886.*

Samuel Lewis, Appellant and Respondent, v. George M. Miller, Respondent and Appellant, Impleaded, etc. — Judgment affirmed on plaintiff's appeal, but reversed on defendant's appeal, and complaint dismissed, with costs of action and of appeal. Opinion by Davis, P. J.

In the Matter of George W. Bu... — Order affirmed, with costs to be paid out of the fund. Opinion by Brady, J.

New Jersey Steamboat Company, Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Judgment and order affirmed, with costs. Opinion by Daniels, J.

Catharina Zapp, Respondent, v. Charles J. Miller, Appellant. — Judgment modified as directed in opinion, and affirmed as modified,

without costs to either party. Opinion by Davis, P. J.

Warren Beman v. Louis L. Todd. — Resubmission of the case on the appeal ordered for further consideration. Opinion by Davis, P. J.

John P. Kennedy, Appellant, v. Robert T. Hoy and others, Respondents. — Judgment affirmed, with costs. Opinions by Davis, P. J., Brady and Daniels, JJ.

The Corn Exchange Bank (of Chicago), Appellant, v. Alphonzo W. Blye, Receiver, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

William E. Iselin and others, Respondents, v. Moses Henlein and others, Appellants.

* Decisions handed down March 5, 1886.